# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 189 - 1 | **DATE** | 2/28/2008 |
| **CASE TITLE** | USA vs. Cirino Cobos-Viveros | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 2/28/08. Defendant informed of his rights. Enter order appointing John F. Murphy as counsel for defendant. Defendant acknowledges understanding the charges and maximum penalty. Government seeks detention . Defendant does not contest detention. Defendant is ordered detained without prejudice pending further order of the court. Defendant waives preliminary hearing. Consulate for Mexico will be notified.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|