**FILED**
MAR 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 08 CR 189 |
| vs. ) | |
| ) | Violation: Title 8, United States Code, |
| CIRINO COBOS-VIVEROS ) | Sections 1326(a) and (b)(2); and Title 6, |
| also known as ) | United States Code, Section 202(4) |
| "Ciriuo Cobos-Viveros" ) | |
| ) | **JUDGE JOAN H. LEFKOW** |
| ) | |
| ) | **MAGISTRATE JUDGE COLE** |

The SPECIAL FEBRUARY 2008-2 GRAND JURY charges:

On or about February 11, 2008, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

CIRINO COBOS-VIVEROS,
also known as "Ciriuo Cobos-Viveros"

defendant herein, an alien who previously had been deported and removed from the United States on or about September 26, 2003, and April 5, 2002, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY