FILED
MAR 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☐ YES X  If the answer is "Yes", list the case number and title of the earliest filed complaint:
08 CR 0189 Judge Cole  US v. Cirino Cobos-Viveros  JUDGE JOAN H. LEFKOW

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO X  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):  **MAGISTRATE JUDGE COLE**

3) Is this a re-filing of a previously dismissed indictment or information?  NO X  YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO X  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO X  YES ☐

6) What level of offense is this indictment or information?  FELONY X  MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?  NO X  YES ☐

8) Does this indictment or information include a conspiracy count?  NO X  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)          ☐ Income Tax Fraud ...... (II)          ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)    ☐ Postal Fraud .......... (II)          ☐ Miscellaneous General Offenses .. (IV)
   ☐ Bank robbery .......... (II)      ☐ Other Fraud .......... (III)          X Immigration Laws .......... (IV)
   ☐ Post Office Robbery .... (II)     ☐ Auto Theft .......... (IV)            ☐ Liquor, Internal Revenue Laws ... (IV)
   ☐ Other Robbery ........ (II)       ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .............. (III)      ☐ Forgery .......... (III)              ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)        ☐ Counterfeiting .......... (III)       ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)      ☐ Sex Offenses .......... (II)          ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement .... (IV)     ☐ DAPCA Marijuana .......... (III)      ☐ Other Federal Statutes ........ (III)
   ☐ Other Embezzlement .... (III)     ☐ DAPCA Narcotics .......... (III)      ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.
    8 U.S.C. § 1326(a) and 1326(b)(2)
    6 U.S.C. § 202(4)

ANTHONY P. GARCIA
Assistant United States Attorney

(Revised 12/99)