## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 189 - 1 | **DATE** | 3/26/2008 |
| **CASE TITLE** | USA vs. Cirino Cobos-Viveros | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the indictment. Defendant enters a plea of not guilty as to count 1 of the indictment. Rule 16.1(a) conference by 4/2/08; Pretrial motions are due by 4/16/08; Response due 4/30/08; Reply due 5/7/08. Status hearing before Judge Lefkow is set for Wednesday, 5/14/08 at 9:45 a.m. Enter excludable time from March 26, 2008 to and including May 14, 2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|