UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 0189 |
| | ) | |
| v. | ) | Judge Joan Lefkow |
| | ) | |
| CIRINO COBOS-VIVEROS | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the

above captioned case.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:     s/Anthony P. Garcia
ANTHONY P. GARCIA
Assistant United States Attorney
219 S. Dearborn St.
Chicago, Illinois  60604
(312) 469-6151