UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 0189 |
| v. | ) | |
| | ) | Judge Joan Lefkow |
| CIRINO COBOS-VIVEROS | ) | |

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document: **ATTORNEY DESIGNATION** was served on MARCH 28, 2008 in accordance with Fed. R. Crim. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      Respectfully submitted,

      PATRICK J. FITZGERALD
      United States Attorney

By: s/ Anthony P. Garcia
    ANTHONY P. GARCIA
    Assistant United States Attorney
    219 S. Dearborn Street - Fifth Floor
    Chicago, Illinois  60604
    (312) 469-6151